COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
NO. 2-02-360-CV
 
IN THE MATTER OF J.A.Y., A JUVENILE
 
----------
FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY
----------
MEMORANDUM OPINION(1)
AND JUDGMENT
----------
We have considered appellant's "Motion To Dismiss." It is the
court's opinion that the motion should be granted; therefore, we dismiss the
appeal. See TEX.
R. APP.
P. 42.1(a)(1), 43.2(f).
 
                                                               
PER CURIAM
 
PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.
 
DELIVERED: March 27, 2003

1. See Tex. R. App. P. 47.4.